PER CURIAM.

(No. 73-CC-106—Claimant

MICHAEL REESE HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed September 20, 1973.*

MICHAEL REESE HOSPITAL & MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-114—Claimant

WELDOTRON CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed September 20, 1973.*

WELDOTRON CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.